IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02734-PAB

JOHN MONTLE,

    Plaintiff,

v.

CARBOLINE COMPANY,

    Defendant.
_____

**ORDER**
_____

    The Court has reviewed the parties' stipulated motion to dismiss with prejudice [Docket No. 11]. It is

    **ORDERED** that the motion [Docket No. 11] is GRANTED. This case is dismissed with prejudice, with each side to pay for their own costs, if any. It is further

    **ORDERED** that defendant's unopposed motion for extension of time to file a response to the motion to remand [Docket No. 10] is deemed moot.

    DATED December 30, 2009.

                                        BY THE COURT:

                                        s/ Philip A. Brimmer
                                        Philip A. Brimmer
                                        United States District Judge